UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID TROUPE,

                 Plaintiff,

    v.

KATERINE A. SISSON, STEVEN E. DEMARS, ROBERT EDGINGTON,

                 Defendants.

No. C14-5734 RBL-KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

      (1)    The Court adopts the Report and Recommendation.

      (2)    Defendants' Motion for Summary Judgment (Dkt. 19) is **GRANTED;** Plaintiff's claims are **dismissed with prejudice**.

      (3)    The Clerk is directed to send copies of this Order to Plaintiff, Defendant Stuhr, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

      **DATED** this 14th day of April, 2015.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1